# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Benjamin B.,**<br>    **Plaintiff,** | )<br>)<br>) |
| v. | ) Civil Action No. 2:25-cv-549<br>)<br>) Judge Edmund A. Sargus, Jr. |
| **Commissioner of Social Security**,<br>    **Defendant.** | ) Magistrate Judge Kimberly A. Jolson<br>)<br>)<br>)<br>) |

## ORDER

This cause coming before the Court on the Parties' Joint Motion for Attorney Fees (ECF No. 11), due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $562.50.

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

The Parties' Joint Motion for Attorney Fees (ECF No. 11) is **GRANTED**.

IT IS SO ORDERED.

12/15/2025                                                           s/Edmund A. Sargus, Jr.
_____                                          _____
**DATE**                                                                   **EDMUND A. SARGUS**
                                                                                 **UNITED STATES DISTRICT JUDGE**